**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                CASE NO. 3:97CR99/RV

TODD DEWAYNE WILSON

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on    October 1, 2008

Motion/Pleadings:   Motion to Reduce Sentence and Supplemental Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 (c)(2)

Filed by   Defendant            on 3/07/2008 and      Doc.#   343 and 350
                                   6/26/2008

RESPONSES:

_____   on _____   Doc.# _____
_____   on _____   Doc.# _____

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed       _____ Consented

                                                    WILLIAM M. McCOOL, CLERK OF COURT

                                                    s/Jerry Marbut
LC (1 OR 2)                             Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of*
    *June*    *, 2009, that:*
*(a) The relief requested is DENIED.*
*(b)* See separate order (AO 247).

                                             /s/ *Roger Vinson*
                                                *ROGER VINSON*
                                 *Senior United States District Judge*